# JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA GASPARYAN, an individual, | CASE NO.:2:21-cv-04144-FMO-SHK |
| Plaintiff, | **ORDER** |
| vs. | |
| RASH CURTIS AND ASSOCIATES, a business entity, form unknown; and DOES 1-10, inclusive, | |
| Defendants. | |

**TO THE PARTIES HERE HEREIN:**

Based upon the stipulation of the parties, with good cause shown, IT IS HEREBY ORDERED that the above-captioned matter is dismissed in its entirety with prejudice.

**IT IS SO ORDERED.**

DATED: September 10, 2021

/s/
FERNANDO M. OLGUIN
U.S. DISTRICT COURT